|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No. CV-06-0982-PHX-ROS |
|---|---|
| Plaintiff, | ) CR-98-0844-PHX-ROS |
| vs. | ) **ORDER** |
| Marco Montes-Medina, | ) |
| Defendant/Movant. | ) |

On November 24, 2006, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation ("R&R") (Doc. #74) recommending that the Court issue an order denying Movant's Motion to Vacate under 28 U.S.C. 2255 (Doc. #69). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2 made, the Court will adopt the R&R in full.
3     Accordingly,
4     **IT IS ORDERED** that the Report and Recommendation (Doc. 74) is **ADOPTED** and
5 Movant's Motion to Vacate under 28 U.S.C. 2255 (Doc. #69) is **DENIED**.

7     DATED this 29th day of November, 2006.

Roslyn O. Silver
United States District Judge

- 2 -